TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:     (702) 382-2101
Facsimile:     (702) 382-8135

Attorneys for Plaintiffs
STATION CASINOS LLC, and
NP IP HOLDINGS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATION CASINOS LLC, a Nevada limited liability company; and NP IP HOLDINGS LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JASON COX, an individual; and 702MEDIA.NET, an unregistered entity doing business in Nevada,<br><br>Defendants. | Case No.  2:11-cv-01290-PMP-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** |

The undersigned, counsel of record for Plaintiffs Station Casinos LLC and NP IP Holdings LLC, certifies that the following have an interest in the outcome of this case or are related entities interested in the case:

NP IP Holdings LLC, a Nevada limited liability company, a plaintiff in this case.

Station Casinos LLC, a Nevada limited liability company, a plaintiff in this case and parent company to plaintiff NP IP Holdings LLC.

Station Holdco LLC, a Delaware limited liability company, a parent company to Station Casinos LLC.

15181\6\1573002.1                                              1

1  FI Station Investor LLC, a Delaware limited liability company, a parent company and 45% owner of Station Holdco LLC.

German American Capital Corporation, a Maryland corporation, a parent company and 25% owner of Station Holdco LLC.

JPMorgan Chase Bank, N.A., a parent company and 15% owner of Station Holdco LLC.

Oaktree SC Investments CTB, LLC, a Delaware limited liability company, a parent company and 5.6038% owner of Station Holdco LLC.

Serengeti SC Blockerco LLC, a Delaware limited liability company, a parent company and 2.0116% owner of Station Holdco LLC.

PB Investor I LLC, a Delaware limited liability company, a parent company and 0.6312% owner of Station Holdco LLC.

ADVSTRA SC Holdings, LLC, a Delaware limited liability company, a parent company and 0.9387% owner of Station Holdco LLC.

CAPINC SC Holdings, LLC, a Delaware limited liability company, a parent company and 4.2181% owner of Station Holdco LLC.

PAIN SC Holdings, LLC, a Delaware limited liability company, a parent company and 0.4572% owner of Station Holdco LLC.

PRTN SC Holdings, LLC, a Delaware limited liability company, a parent company and 0.3566% owner of Station Holdco LLC.

STRAINC SC Holdings, LLC, a Delaware limited liability company, a parent company and 0.7827% owner of Station Holdco LLC.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 11th day of August, 2011.

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Tamara Beatty Peterson
    Tamara Beatty Peterson (# 5218)
    Laura E. Bielinski (# 10516)
    100 City Parkway, Suite 1600
    Las Vegas, Nevada  89106-4614

Attorneys for Plaintiffs
STATION CASINOS LLC, and
NP IP HOLDINGS LLC

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101