TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:    (702) 382-2101
Facsimile:     (702) 382-8135

Attorneys for Plaintiffs
STATION CASINOS LLC, and
NP IP HOLDINGS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATION CASINOS LLC, a Nevada limited liability company; and NP IP HOLDINGS LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JASON COX, an individual; and 702MEDIA.NET, an unregistered entity doing business in Nevada,<br><br>Defendants. | Case No.  2:11-cv-01290-PMP -PAL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Station Casinos LLC, and NP IP Holdings LLC, by and through their

///

///

///

15181\6\1588424.1

1

1 attorneys of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, voluntarily dismiss
2 their Complaint against Defendants Jason Cox and 702media.net, with prejudice.

3 DATED this 21st day of September, 2011.   Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Tamara Beatty Peterson
Tamara Beatty Peterson (# 5218)
Laura E. Bielinski (# 10516)
100 City Parkway, Suite 1600
Las Vegas, Nevada  89106-4614

Attorneys for Plaintiffs
STATION CASINOS LLC, and
NP IP HOLDINGS LLC

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  September 22, 2011.