TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:     (702) 382-2101
Facsimile:      (702) 382-8135

Attorneys for Plaintiffs
STATION CASINOS LLC, and
NP IP HOLDINGS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATION CASINOS LLC, a Nevada limited liability company; and NP IP HOLDINGS LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JASON COX, an individual; and 702MEDIA.NET, an unregistered entity doing business in Nevada,<br><br>Defendants. | Case No.  2:11-cv-01290-PMP -PAL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Station Casinos LLC, and NP IP Holdings LLC, by and through their

///

///

///

15181\6\1588424.1

1

attorneys of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, voluntarily dismiss their Complaint against Defendants Jason Cox and 702media.net, with prejudice.

DATED this 21st day of September, 2011.   Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Tamara Beatty Peterson
Tamara Beatty Peterson (# 5218)
Laura E. Bielinski (# 10516)
100 City Parkway, Suite 1600
Las Vegas, Nevada  89106-4614

Attorneys for Plaintiffs
STATION CASINOS LLC, and
NP IP HOLDINGS LLC

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  September 22, 2011.

15181\6\1588424.1            2