TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:    (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiffs
STATION CASINOS LLC, and
NP IP HOLDINGS LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATION CASINOS LLC, a Nevada limited liability company; and NP IP HOLDINGS LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JASON COX, an individual; and 702MEDIA.NET, an unregistered entity doing business in Nevada,<br><br>Defendants. | Case No. 2:11-cv-01290-PMP -PAL<br><br>**ORDER DIRECTING UNITED STATES DISTRICT COURT FINANCE DEPARTMENT CLERK TO RELEASE BOND** |

On August 11, 2011 a Temporary Restraining Order Without Notice [Docket No. 9] was entered in the above captioned matter directly Plaintiffs to post a nominal bond of $100.00. Plaintiffs subsequently posted the bond of $100.00, and filed a Certificate of Check Deposit [Docket No. 11].

Plaintiffs filed their Motion for Order Authorizing Release of Bond of Deposit with Clerk of Court on October 5, 2011 [Docket No. 22]. The Court entered a Minute Order in Chambers granting Plaintiffs' Motion for Release of Bond Obligation on October 17, 2011 [Docket No. 23].

THEREFORE, IT IS SO ORDERED that the United State District Court Finance Clerk is directed to release and return Plaintiffs' bond in the amount of $100.00 to Plaintiffs' counsel:

> Laura E. Bielinski, Esq.
> Brownstein Hyatt Farber Schreck, LLP
> 100 N. City Parkway, Suite 1600
> Las Vegas, NV 89106

Dated this 14th day of December, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: /s/ Laura E. Bielinski
   Tamara Beatty Peterson (# 5218)
   Laura E. Bielinski (# 10516)
   100 City Parkway, Suite 1600
   Las Vegas, Nevada  89106-4614

Attorneys for Plaintiffs
STATION CASINOS LLC, and
NP IP HOLDINGS LLC